1  HANSON BRIDGETT LLP
   JAHMAL T. DAVIS, SBN 191504
2  jdavis@hansonbridgett.com
   JANE M. FEDDES, SBN 282117
3  jfeddes@hansonbridgett.com
   425 Market Street, 26th Floor
4  San Francisco, California 94105
   Telephone:    (415) 777-3200
5  Facsimile:    (415) 541-9366

6  Attorneys for Defendants
   Palo Alto Medical Foundation for Health
7  Care, Research and Education, Inc. and
   Sutter Health Mills-Peninsula Health
8  Services

**GRANTED**
*Paul S. Grewal*
Judge Paul S. Grewal

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| PAULINE PARTTI,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>PALO ALTO MEDICAL FOUNDATION FOR HEALTH CARE, RESEARCH and EDUCATION, INC., a California Corporation; SUTTER HEALTH MILLS-PENINSULA HEALTH SERVICES, and DOES 1-50, Inclusive,<br><br>　　　　Defendants. | CASE NO. CV13-04742 PSG<br><br>**DEFENDANTS PALO ALTO MEDICAL FOUNDATION FOR HEALTH CARE, RESEARCH AND EDUCATION, INC., AND SUTTER HEALTH MILLS-PENINSULA HEALTH SERVICES REQUEST TO APPEAR BY TELEPHONE AT THE JANUARY 21, 2014 CASE MANAGEMENT CONFERENCE** |

Pursuant to Northern District Local Rule 16-10(a), and Defendants Palo Alto Medical Foundation For Health Care, Research and Education, Inc., ("PAMF") and Sutter Health Mills-Peninsula Health Services ("MPHS") (the "Defendants") hereby requests to appear by telephone at the Tuesday January 21, 2014 case management conference, scheduled for 10:00 a.m. before the Hon. Paul S. Grewal in Courtroom 5.

1  DATED: January 14, 2014                HANSON BRIDGETT LLP

3                                          By:      /s/ Jane M. Feddes
                                               JAHMAL T. DAVIS
4                                              JANE M. FEDDES
                                               Attorneys for Defendants
5                                              Palo Alto Medical Foundation for Health Care,
                                               Research and Education, Inc. and Sutter
6                                              Health Mills-Peninsula Health Services