# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAULINE PARTTI<br><br>Plaintiff<br>v.<br><br>PALO ALTO MEDICAL FOUNDATION FOR HEALTH CARE, RESEARCH and EDUCATION, INC. A California Corporation; SUTTER HEALTH MILLS-PENINSULA HEALTH SERVICES, and DOES 1-50, Inclusive<br><br>Defendants. | CASE NUMBER:<br><br>CV 13 -04742 PSG<br><br>(~~PROPOSED~~) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY |

The Court hereby orders that the request of:

__Pauline Partti__  ☒ Plaintiff  ☐ Defendant  ☐ Other _____
*Name of Party*

to substitute __Malachowski & Associates Mark Malachowski Attorney at Law__ who is

☒ Retained Counsel   ☐ Counsel appointed by the Court (Criminal cases only) ☐ Pro Se

__703 Market Street Suite 1108__
*Street Address*

__San Francisco, CA 94103__                __mark@marklawsf.com__
*City, State, Zip*                          *E-Mail Address*

__(415) 812-1575__     __(415) 986-8068__     __(SBN 242696)__
*Telephone Number*     *Fax Number*           *State Bar Number*

as attorney of record instead of __Law Office of James M. Barrett PLC James M. Barrett (SBN 190274)__
List **all** attorneys from same firm or agency who are withdrawing

---

G-01 ORDER (12/14)   (~~PROPOSED~~) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY

is hereby      ☒ **GRANTED** ☐ ~~DENIED~~

Dated   January 23, 2015                              _____*Paul S. Grewal*_____
                                                      U. S. ~~District Judge~~/U.S. Magistrate Judge