```
 1  HANSON BRIDGETT LLP
    JAHMAL T. DAVIS, SBN 191504
 2  jdavis@hansonbridgett.com
    DAVID A. ABELLA, SBN 275982
 3  dabella@hansonbridgett.com
    425 Market Street, 26th Floor
 4  San Francisco, California 94105
    Telephone:    (415) 777-3200
 5  Facsimile:    (415) 541-9366

 6  Attorneys for Defendants Palo Alto Medical
    Foundation for Health Care, Research and
 7  Education, Inc. and Sutter Health Mills-Peninsula
    Health Services
 8
```

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| PAULINE PARTTI,<br><br>    Plaintiff,<br><br>    v.<br><br>PALO ALTO MEDICAL FOUNDATION FOR HEALTH CARE, RESEARCH and EDUCATION, INC., a California Corporation; SUTTER HEALTH MILLS-PENINSULA HEALTH SERVICES, and DOES 1-50, Inclusive,<br><br>    Defendants. | CASE NO. CV13-04742 PSG<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION FOR MENTAL EXAMINATION OF PLAINTIFF AND ORDER THEREON** |

Defendant PALO ALTO MEDICAL FOUNDATION FOR HEALTH CARE, RESEARCH and EDUCATION, INC.'s and Defendant SUTTER HEALTH MILLS-PENINSULA HEALTH SERVICES's ("Defendants") and Plaintiff PAULINE PARTTI's filed a Joint Stipulation for Allowing Mental Examination of Plaintiff and Order Thereon on June 9, 2015.

//

//

//

<u>ORDER</u>

The foregoing stipulation having been entered and good cause appearing, therefore,

The Joint Stipulation for Allowing Mental Examination of Plaintiff is **GRANTED**, as stipulated by the Parties.

DATED:  June 10         , 2015

*[signature]*
HON. PAUL S. GREWAL
UNITED STATES MAGISTRATE JUDGE