UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PAULINE K. PARTTI,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>PALO ALTO MEDICAL FOUNDATION FOR HEALTH CARE, RESEARCH AND EDUCATION, INC., ET AL.,<br><br>　　　　　Defendants. | Case No. 5:13-cv-04742-PSG<br><br>**ORDER GRANTING MOTION TO CONTINUE**<br><br>**(Re: Docket No. 51)** |

　　　　Plaintiff Pauline K. Partti moves to continue the trial date from November 16, 2015, to on or about June 16, 2016, and to extend discovery, which closed on May 15, 2015, to March 16, 2016.[1] Because Defendants Palo Alto Medical Foundation and Sutter Health Mills-Peninsula Health Services did not timely oppose,[2] the motion is GRANTED as unopposed. Trial is continued to June 20, 2016, the pretrial conference is continued to June 7, 2016, and the November 10, 2015 motion hearing is vacated.

---

[1] *See* Docket No. 17 at 2; Docket No. 51 at 1.

[2] *See* Civ. L.R. 7-3(a).

1

Case No. 5:13-cv-04742-PSG
ORDER GRANTING MOTION TO CONTINUE

1
2  **SO ORDERED.**
3  Dated: October 21, 2015
4  _____
   PAUL S. GREWAL
5  United States Magistrate Judge
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2