AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

NORTHERN District of CALIFORNIA

PAULINE KIM PARTTI
           Plaintiff (s),
V.
PALO ALTO MEDICAL FOUNDATION, et al.
           Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 5:13-cv-04742-PSG

Notice is hereby given that, subject to approval by the court, **PAULINE KIM PARTTI** (Party (s) Name) substitutes **JAMES M. BARRETT, ESQ.** (Name of New Attorney), State Bar No. **190274** as counsel of record in place of **MARK MALACHOWSKI, ESQ.** (Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

    Firm Name: Law Office of James M. Barrett, PLC
    Address: 5150 El Camino Real, Suite D-22, Los Altos, CA 94022
    Telephone: (650) 969-3687      Facsimile (650) 969-3699
    E-Mail (Optional): jb@jamesbarrettlaw.com

I consent to the above substitution.
Date: 11/11/15
           (Signature of Party (s))

I consent to being substituted.
Date: 11/12/15
           (Signature of Former Attorney (s))

I consent to the above substitution.
Date: 11/12/15
           (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: November 30, 2015
           United States Magistrate Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]